CONSTANTINE N. SAKELLARIOS, v. STELLA CHARLES SAKEL-
LARIOS, now known as Stella Charles.

22 So. (2nd) 765                                     June Term, 1945
July 10, 1945                                           Division B

*Lewis H. Fogle, Jr., William Kirtley* and *J. Lewis Hall,* for
appellant.

*Walter C. Dunigan,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ.,
concur.